IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CANAL INSURANCE COMPANY,     )
a Foreign Corporation,       )
                             )
     Plaintiff,              )
                             )   CIVIL ACTION NO.
     v.                      )     2:10cv185-MHT
                             )         (WO)
PRINCE D. YELDER d/b/a       )
Yelder-N-Sons Trucking,      )
Inc., et al.,                )
                             )
     Defendants.             )
```

JUDGMENT

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Canal Insurance Company's motion for default judgment (doc. no. 35) is granted.

(2) Judgment is entered in favor of plaintiff Canal Insurance Company and against defendants Prince Yelder (d/b/a Yelder-N-Sons Trucking, Inc.) and Larry Yelder, Sr.

(3) It is the DECLARATION of this court that plaintiff Canal Insurance Company does not have a duty to defend or indemnify defendants Prince Yelder (d/b/a Yelder-N-Sons Trucking, Inc.) and Larry Yelder, Sr. under plaintiff Canal Insurance Company Policy 488142 for the June 14, 2007, automobile accident referred to in plaintiff Canal Insurance Company's complaint in this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains pending as to claims against other defendants.

DONE, this the 15th day of June, 2010.

　　　　　　　　　　　/s/ Myron H. Thompson　
　　　　　　　　　　UNITED STATES DISTRICT JUDGE