IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CANAL INSURANCE COMPANY,   )
a Foreign Corporation,    )
                            )
    Plaintiff,        )
                            )     CIVIL ACTION NO.
    v.              )      2:10cv185-MHT
                            )         (WO)
PRINCE D. YELDER d/b/a    )
Yelder-N-Sons Trucking,   )
Inc., et al.,        )
                            )
    Defendants.       )

## JUDGMENT

By agreement of the parties made during a pretrial conference on March 4, 2011, it is ORDERED that defendant Harco National Insurance Company is dismissed without prejudice.    This case still remains pending as to defendant United States Fire Insurance Company.

It is further ORDERED that the motions to dismiss and for summary judgment (doc. nos. 48, 61, and 65) are denied as moot.

DONE, this the 7th day of March, 2011.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE