IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CANAL INSURANCE COMPANY,      )
a Foreign Corporation,        )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )     2:10cv185-MHT
                              )         (WO)
PRINCE D. YELDER d/b/a        )
Yelder-N-Sons Trucking,       )
Inc., et al.,                 )
                              )
     Defendants.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant United States Fire Insurance Company's motion to amend position and to dismiss (Doc. No. 88) is granted.

(2) Defendant United States Fire Insurance Company and the claims against it are dismissed without prejudice.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Done this the 18th day of January, 2012.

                               /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE